IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Peterson Jr, Timothy E | Case Number: 07 B 04526 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 3/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 22, 2008
Confirmed: May 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,767.64 | |
| Secured: | | 4,313.11 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,979.00 |
| Trustee Fee: | | 475.53 |
| Other Funds: | | 0.00 |
| Totals: | 8,767.64 | 8,767.64 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,979.00 | 2,979.00 |
| 2. | James M Philbrick | Administrative | 1,000.00 | 1,000.00 |
| 3. | General Motors Acceptance Corp | Secured | 28,792.20 | 4,313.11 |
| 4. | Internal Revenue Service | Priority | 7,543.47 | 0.00 |
| 5. | Navy Federal Credit Union | Unsecured | 506.80 | 0.00 |
| 6. | CB USA | Unsecured | 37.70 | 0.00 |
| 7. | Navy Federal Credit Union | Unsecured | 547.54 | 0.00 |
| 8. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 36.46 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 75.09 | 0.00 |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 14. | Midwest Emergency | Unsecured | | No Claim Filed |
| 15. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 16. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| | | | $ 41,518.26 | $ 8,292.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 463.12 |
| 6.5% | 12.41 |
| | $ 475.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Peterson Jr, Timothy E | Case Number:  07 B 04526 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  3/14/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

